**FILED**

**MAY 19 2021**

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:21CR318 SRC/DDN |
| | ) |
| DOMINIC DAVIS, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 14, 2020, in the County of St. Louis, within the Eastern District of Missouri,

**DOMINIC DAVIS,**

the Defendant herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 14, 2020, in the County of St. Louis, within the Eastern District of Missouri,

**DOMINIC DAVIS,**

the Defendant herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about October 14, 2020, in the County of St. Louis, within the Eastern District of Missouri,

**DOMINIC DAVIS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 14, 2020, in the County of St. Louis, within the Eastern District of Missouri,

**DOMINIC DAVIS,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms, which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
WILLIAM SCHARF, #66676MO
Assistant United States Attorney